UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | |
|---|---|
| In Re: | Case No: |
| Multiflora Greenhouses, Inc., | 18-80691 |
| Debtor. | Chapter 7 |

**SCHEDULE LISTING POSSIBLE UNPAID DEBTS INCURRED BY THE DEBTOR DURING CHAPTER 11**

Everett B. Saslow, Jr., Chapter 7 Trustee, respectfully shows to the Court as follows:

1. By Order Directing Debtor to File Reports and Setting Time for Filing of Applications for Allowance of Compensation dated February 12, 2019, the Court ordered that the Debtor file a separate schedule listing any unpaid debts incurred by the Debtor during reorganization, which includes the name and addresses, as well as the amount owed to each of such creditors, by no later than February 25, 2019.

2. The Trustee has not seen that the Debtor has filed such separate schedule.

3. From filed documents in the case, and from information received from the Chief Restructuring Officer, the undersigned Chapter 7 Trustee submits the following schedule listing certain creditors who may claim that there exist unpaid debts incurred by the Debtor during the reorganization, as follows.

4. The schedule is as follows:

**Multiflora Greenhouses Possible Chapter 11 debt**

Alford Leasing Company
P.O. Box 90755                                    $142.00    Copier Lease
Raleigh, NC 27675

PSNC Electricity
P.O. Box 100256                                   $4,600.00
Columbia, SC 29202

SCANA National Gas                                $11,000.00
220 Operation Way
Mail Code C 222
Cayce, SC 29033-3701

1

Cincinnati Insurance
916 W. Fourth St.                                   $2,310.00
Winston-Salem, NC 27101-2518

Travelers Ins
Attn: Lockbox Operations Box 660307                 $138.00
2701 E, Grauwyler Rd., Bldg 1
Irving, TX 75061

Southern AG
P.O. Box 60003                                      $1,086.00
Charlotte, NC 28260

Griffin
P.O. Box 36                                         $142.00     Seed supply
Tewksbury, MA 01876-0036

Messick Co.
142 N. Central Ave.                                 $161.00     Office supplies
Campbell, CA 95008

Penske
P.O. Box 532658                                     $43,089.00  Delivery truck rental
Atlanta, GA 30353

Retirement Plan Solutions
P.O. Box 1658                                       $425.00     Admin. Fees
Cary, NC 27512

MasterTag
MasterTag                                           $16,538.00  Plant supplies
MasterTag                                           $32.00      Plant supplies
MasterTag                                           $112.00     Plant supplies
MasterTag                                           $193.00     Plant supplies
9751 US Hwy 31                                      $494.00     Plant supplies
Montague, MI 49437

Dummen Orange
250 S. High St., St. 650                            $718.00     Plant supplies
Columbus, OH 43215

Flo-Pak
Flo-Pak                                             $11,150.00   Plant supplies
Flo-Pak                                              $8,105.00   Plant supplies
1215 Dielman Industrial Ct.                          $3,866.00   Plant supplies
St. Louis, MO 63132

BWI
c/o Glen Patric, McNally & Patrick, LLP             $14,767.00   Plant supplies
100 E. Ferguson, Ste. 400
Tyler, TX 75702-5758

Ainong
3000 S. Robertson Blvd., Suite 290                  $20,563.00   Plant supplies
Los Angeles, CA 90034

WEX
P.O. Box 6293                                        $8,998.00   Plant supplies
Carol Stream, IL 60197

Ball Seed 6336
Ball Seed 6337                                         $337.00   Plant supplies
Ball Seed 6338                                       $1,721.00   Plant supplies
Ball Seed 6339                                       $2,027.00   Plant supplies
Ball Seed 3765                                       $3,677.00   Plant supplies
Ball Seed 7083                                       $1,685.00   Plant supplies
Ball Seed 2371                                       $1,413.00   Plant supplies
Ball Seed 0215                                         $373.00   Plant supplies
Ball Seed 0216                                         $945.00   Plant supplies
622 Town Road                                          $963.00   Plant supplies
West Chicago, IL 60185

Eleven11
Eleven11                                             $8,000.00   Website used
6429 2nd Palm Pt.                                    $8,000.00   Website used
St. Pete Beach, FL 33706

King Tire
P.O. Box 280                                           $342.00   Vehicle Repair
Mebane, NC 27302-0280

3

| | | |
|---|---|---|
| Premium Tank<br>120 Burch Ave.<br>Roxboro, NC 27573 | $390.00 | Propane fuel for forklift |
| Pepsicola of Roxboro<br>605 S. Morgan St.<br>Roxboro, NC 27573 | $474.00 | Vending machine Stock |
| Christopher W. Call<br>MountCastle Insurance<br>307 West Center St.<br>Lexington, NC 27292 | $1.00 | Insurance |

Respectfully submitted on this 8th day of March, 2019.

                                                       s/Everett B. Saslow, Jr.
                                                       Everett B. Saslow, Jr
                                                       N.C. State Bar No. 7301

OF COUNSEL:

HILL, EVANS, JORDAN & BEATTY
A Professional Limited Liability Company
Post Office Box 989
Greensboro, North Carolina 27402
Telephone: (336) 379-1390