UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE:

MULTIFLORA GREENHOUSES, INC.

DEBTOR

CASE NO. 18-80691

FINAL REPORT

Debtor Multiflora Greenshouses, Inc. (the "Debtor") by and through counsel, submits the following Final Report:

1. On September 24, 2018 (the "Petition Date"), the Debtor filed a voluntary petition seeking relief under Chapter 11 of the Bankruptcy Code.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the matter is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On January 2, 2019, the Bankruptcy Administrator filed a Motion to Appoint Examiner, Chapter 11 Trustee, or Convert Case to Chapter 7, or to Dismiss Case. On February 11, 2019 an order was entered converting this case to a Chapter 7 proceeding prior to a Plan of Reorganization being confirmed.

4. The pending professional fees and expenses are as follows:

| Professional | Professional Services Rendered | Amount |
|---|---|---|
| Parry Tyndall White | Fees for Attorney for Debtor | $51,221.00 |
| Parry Tyndall White | Expenses for Attorney for Debtor | $502.83 |
| Davis Forensic Group, LLC | Fees for CRO for Debtor | $24,919.50 |
| Davis Forensic Group, LLC | Expenses for CRO for Debtor | $1,124.88 |
| Totals | | $77,768.21 |

5.      Because the case has converted so soon after filing, the Debtor has not taken steps toward preparation and confirmation of a Plan.

Dated: March 12, 2019

>PARRY TYNDALL WHITE
>
>/s/ James C. White
>James C. White, N.C. Bar # 31859
>100 Europa Dr. Suite 401
>Chapel Hill, NC 27517
>(919) 246-4676
>(919) 246-9113 fax
>jwhite@ptwfirm.com
>
>*Attorney for Multiflora Greenhouses, Inc.*