**SO ORDERED.**

**SIGNED this 13th day of March, 2019.**

_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE



---

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA

In Re:                                    )
    Multiflora Greenhouses, Inc.        )        Case No.: __18-80691__
                                          )
                                          )
                                          )
    Debtor(s)                           )

## ORDER THAT CREDITORS OF THE DEBTOR
## FILE "COA" CLAIMS

**IT APPEARING THAT** the above Debtor originally filed this proceeding under Chapter 11 and was under a reorganization proceeding until an Order for Relief under Chapter 7 was entered by the Bankruptcy Court on __February 11, 2019__.

**IT FURTHER APPEARING** that while this estate was under the reorganization proceeding, certain debts were incurred which have not been paid and which are entitled to priority as Cost of Administration; a list of those creditors as supplied by the Attorney for the Debtor is attached hereto and made a part of this Order as Exhibit "A"; and for sufficient reasons appearing, it is

**ORDERED** that those creditors listed on Exhibit "A" are required to file a Proof of Claim for such debt on or before __June 6, 2019__; the Proof of Claim form should have invoices with documents related to such claim attached thereto, shall be marked "Cost of Administration", and shall be filed with the Clerk of the Bankruptcy Court at the address shown above; and it is further

**ORDERED** that any Cost of Administration claims not filed within the period of time and in the manner above specified, shall be barred and the Trustee shall be forever discharged from any Chapter 11 Cost of Administration liability with respect to such claims.

END OF DOCUMENT

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| In Re: | Case No: |
|---|---|
| Multiflora Greenhouses, Inc., | 18-80691 |
| Debtor. | Chapter 7 |

### SCHEDULE LISTING POSSIBLE UNPAID DEBTS INCURRED BY THE DEBTOR DURING CHAPTER 11

Everett B. Saslow, Jr., Chapter 7 Trustee, respectfully shows to the Court as follows:

1. By Order Directing Debtor to File Reports and Setting Time for Filing of Applications for Allowance of Compensation dated February 12, 2019, the Court ordered that the Debtor file a separate schedule listing any unpaid debts incurred by the Debtor during reorganization, which includes the name and addresses, as well as the amount owed to each of such creditors, by no later than February 25, 2019.

2. The Trustee has not seen that the Debtor has filed such separate schedule.

3. From filed documents in the case, and from information received from the Chief Restructuring Officer, the undersigned Chapter 7 Trustee submits the following schedule listing certain creditors who may claim that there exist unpaid debts incurred by the Debtor during the reorganization, as follows.

4. The schedule is as follows:

**Multiflora Greenhouses Possible Chapter 11 debt**

| | | |
|---|---|---|
| Alford Leasing Company<br>P.O. Box 90755<br>Raleigh, NC 27675 | $142.00 | Copier Lease |
| PSNC Electricity<br>P.O. Box 100256<br>Columbia, SC 29202 | $4,600.00 | |
| SCANA National Gas<br>220 Operation Way<br>Mail Code C 222<br>Cayce, SC 29033-3701 | $11,000.00 | |

1

| | | |
|---|---:|---|
| Cincinnati Insurance<br>916 W. Fourth St.<br>Winston-Salem, NC 27101-2518 | $2,310.00 | |
| Travelers Ins<br>Attn: Lockbox Operations Box 660307<br>2701 E, Grauwyler Rd., Bldg 1<br>Irving, TX 75061 | $138.00 | |
| Southern AG<br>P.O. Box 60003<br>Charlotte, NC 28260 | $1,086.00 | |
| Griffin<br>P.O. Box 36<br>Tewksbury, MA 01876-0036 | $142.00 | Seed supply |
| Messick Co.<br>142 N. Central Ave.<br>Campbell, CA 95008 | $161.00 | Office supplies |
| Penske<br>P.O. Box 532658<br>Atlanta, GA 30353 | $43,089.00 | Delivery truck rental |
| Retirement Plan Solutions<br>P.O. Box 1658<br>Cary, NC 27512 | $425.00 | Admin. Fees |
| MasterTag<br>MasterTag<br>MasterTag<br>MasterTag<br>MasterTag<br>9751 US Hwy 31<br>Montague, MI 49437 | $16,538.00<br>$32.00<br>$112.00<br>$193.00<br>$494.00 | Plant supplies<br>Plant supplies<br>Plant supplies<br>Plant supplies<br>Plant supplies |
| Dummen Orange<br>250 S. High St., St. 650<br>Columbus, OH 43215 | $718.00 | Plant supplies |

2

| | | |
|---|---:|---|
| Flo-Pak | | |
| Flo-Pak | $11,150.00 | Plant supplies |
| Flo-Pak | $8,105.00 | Plant supplies |
| 1215 Dielman Industrial Ct. | $3,866.00 | Plant supplies |
| St. Louis, MO 63132 | | |
| | | |
| BWI | | |
| c/o Glen Patric, McNally & Patrick, LLP | $14,767.00 | Plant supplies |
| 100 E. Ferguson, Ste. 400 | | |
| Tyler, TX 75702-5758 | | |
| | | |
| Ainong | | |
| 3000 S. Robertson Blvd., Suite 290 | $20,563.00 | Plant supplies |
| Los Angeles, CA 90034 | | |
| | | |
| WEX | | |
| P.O. Box 6293 | $8,998.00 | Plant supplies |
| Carol Stream, IL 60197 | | |
| | | |
| Ball Seed 6336 | | |
| Ball Seed 6337 | $337.00 | Plant supplies |
| Ball Seed 6338 | $1,721.00 | Plant supplies |
| Ball Seed 6339 | $2,027.00 | Plant supplies |
| Ball Seed 3765 | $3,677.00 | Plant supplies |
| Ball Seed 7083 | $1,685.00 | Plant supplies |
| Ball Seed 2371 | $1,413.00 | Plant supplies |
| Ball Seed 0215 | $373.00 | Plant supplies |
| Ball Seed 0216 | $945.00 | Plant supplies |
| 622 Town Road | $963.00 | Plant supplies |
| West Chicago, IL 60185 | | |
| | | |
| Eleven11 | | |
| Eleven11 | $8,000.00 | Website used |
| 6429 2nd Palm Pt. | $8,000.00 | Website used |
| St. Pete Beach, FL 33706 | | |
| | | |
| King Tire | | |
| P.O. Box 280 | $342.00 | Vehicle Repair |
| Mebane, NC 27302-0280 | | |

| | | |
|---|---|---|
| Premium Tank<br>120 Burch Ave.<br>Roxboro, NC 27573 | $390.00 | Propane fuel for forklift |
| Pepsicola of Roxboro<br>605 S. Morgan St.<br>Roxboro, NC 27573 | $474.00 | Vending machine Stock |
| Christopher W. Call<br>MountCastle Insurance<br>307 West Center St.<br>Lexington, NC 27292 | $1.00 | Insurance |

Respectfully submitted on this 8th day of March, 2019.

s/Everett B. Saslow, Jr.
Everett B. Saslow, Jr
N.C. State Bar No. 7301

OF COUNSEL:

HILL, EVANS, JORDAN & BEATTY
A Professional Limited Liability Company
Post Office Box 989
Greensboro, North Carolina 27402
Telephone:  (336) 379-1390

| **Fill in this information to identify the case:** |
|---|
| Debtor 1  Multiflora Greenhouses, Inc. _____ |
| Debtor 2 _____<br>(Spouse, if filing) |
| United States Bankruptcy Court for the:  Middle District of North Carolina |
| Case number  18-80691_____ |

"COA Claim"

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1: Identify the Claim

**1. Who is the current creditor?**
   _____
   Name of the current creditor (the person or entity to be paid for this claim)
   Other names the creditor used with the debtor  _____

**2. Has this claim been acquired from someone else?**
   ☐ No
   ☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_____
Name
_____
Number     Street
_____
City              State         ZIP Code

Contact phone  _____
Contact email  _____

**Where should payments to the creditor be sent?** (if different)

_____
Name
_____
Number     Street
_____
City              State         ZIP Code

Contact phone  _____
Contact email  _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**
   ☐ No
   ☐ Yes.  Claim number on court claims registry (if known) _____      Filed on _____
                                                                                        MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
   ☐ No
   ☐ Yes.  Who made the earlier filing? _____

Official Form 410                                      **Proof of Claim**                                      page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

6. **Do you have any number you use to identify the debtor?**
   ❏ No
   ❏ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

7. **How much is the claim?**   $_____.   **Does this amount include interest or other charges?**
   ❏ No
   ❏ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   _____

9. **Is all or part of the claim secured?**
   ❏ No
   ❏ Yes.   The claim is secured by a lien on property.

   **Nature of property:**
   ❏ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ❏ Motor vehicle
   ❏ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:**   $_____
   **Amount of the claim that is secured:**   $_____

   **Amount of the claim that is unsecured:**  $_____  (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:**   $_____

   **Annual Interest Rate** (when case was filed) _____%
   ❏ Fixed
   ❏ Variable

10. **Is this claim based on a lease?**
    ❏ No
    ❏ Yes. **Amount necessary to cure any default as of the date of the petition.**   $_____

11. **Is this claim subject to a right of setoff?**
    ❏ No
    ❏ Yes. Identify the property: _____

Official Form 410                          **Proof of Claim**                                page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ❏ No | |
| | ❏ Yes. *Check one:* | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ❏ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ❏ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ❏ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ❏ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ❏ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ❏ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

❏ I am the creditor.
❏ I am the creditor's attorney or authorized agent.
❏ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
❏ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   _____
                        MM / DD / YYYY

_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name        _____
            First name        Middle name        Last name

Title       _____

Company     _____
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     _____
            Number        Street
            _____
            City                                State        ZIP Code

Contact phone  _____    Email  _____

Official Form 410                    **Proof of Claim**                          page 3