UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| Multiflora Greenhouses, Inc. | ) | Case No. 18-80691 |
| | ) | Chapter 7 |
| Debtor | ) | |

NOTICE OF QUARTERLY BANKRUPTCY FEES DUE UNDER 28 USC 1930 (a)(6)

Now Comes the United States Bankruptcy Administrator ("BA"), by and through Counsel, and requests payment of Bankruptcy Fees accrued under 28 U.S.C. 1930, as an administrative expense in this Chapter 7, and in support thereof, shows the Court:

1. This case was filed as a Chapter 11 case on September 24, 2018. The case was converted to a Chapter 7 case on February 11, 2019.

2. Pursuant to 28 USC 1930 quarterly fees are due in each case for the period under Chapter 11 based on disbursements, but a minimum of $325.00.

3. The Debtor is owing $4,875.00 as quarterly fees based on reported disbursements for the months of January and February 2019 before the conversion.

4. The unpaid fees due under 28 USC 1930 are entitled to administrative priority, equal to the costs of administration of the Chapter 7 case pursuant to 11 USC 507(a)(2).

5. The amount of all payments on this claim has been credited in this request for payment.

NOW, THEREFORE, the BA prays the Court that the United States be allowed quarterly fees in this matter equal to the costs of administration of the Chapter 7 case in the amount of $4,875.00 and that those funds be paid to the Clerk of the Bankruptcy Court.

This the 22nd day of March, 2019.

William P. Miller, Esq.
U.S. Bankruptcy Administrator

By  s/ William P. Miller
William P. Miller
U.S. Bankruptcy Administrator
State Bar No. 9364
101 S. Edgeworth Street
Greensboro, NC  27401
336-358-4170

CERTIFICATE OF SERVICE

      This is to certify that on this date, the foregoing document was served upon the following parties or counsel by electronic filing and/or depositing a copy in the United States mail, first class postage prepaid, addressed as follows:

James B. Angel                  via electronic filing

Everett B. Saslow, Jr.            via electronic filing

James White                     via electronic filing

      This the 22nd    day of March, 2019.


                                                    By s/   Traci Galloway
                                                    Bankruptcy Paralegal